IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ORBIT MOVERS & ERECTORS, INC. | : | CASE NO. 3:14-cv-118 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| | | (Magistrate Judge Michael R. Merz) |
| v. | : | |
| ENVIRONMENTAL TECTONICS CORPORATION | : | STIPULATION AND ENTRY OF DISMISSAL |
| | : | |
| Defendant. | | |

Pursuant to stipulation of the parties and approval of the Court, it is ORDERED that this lawsuit, including the Plaintiff's Amended Complaint and the Defendant's Counterclaims, be and the same hereby are DISMISSED WITH PREJUDICE AND WITHOUT RECORD.  Each party to bear its own costs and fees.


February 28, 2017                    *s/Thomas M. Rose

                                     _____

                                     Honorable Thomas M. Rose, Judge


/s/ David C. Greer_____
David C. Greer (0009090) Trial Attorney
Michael A. Rieman (0088297)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE:     (937) 223-3277
FAX:       (937) 223-6339
E-MAIL:    dcg@biesergreer.com
           mar@biesergreer.com

Attorneys for Plaintiff

/s/ Erin E. Rhinehart_____
Erin E. Rhinehart (0078298)
FARUKI, IRELAND & COX, PLL
500 Courthouse Plaza, S.W.
Dayton, OH 45402
PHONE:	(937) 227-3714
FAX:	(937) 227-3717
E-MAIL:	erhinehart@ficlaw.com

James D. Cashel (*pro hac vice*)
ENVIRONMENTAL TECTONICS
CORPORATION
125 James Way
Southhampton, PA 18966
PHONE:	(215) 355-9100
FAX:	(215) 357-4000299-2150
E-MAIL:	jcashel@etcusa.com

Attorneys for Defendant

4275.216146.\ 564257.1